# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00054-CV

### J. S., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY
### NO. 200022CPS, THE HONORABLE GARY L. BANKS, JUDGE PRESIDING

---

### O R D E R

**PER CURIAM**

Appellant J. S. filed his notice of appeal on January 31, 2022. The appellate record was complete on February 17, 2022, making appellant's brief due on March 9, 2022. On March 9, 2022, counsel for appellant submitted a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Rick Dunbar to file appellant's brief no later than March 29, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on March 16, 2022.


Before Chief Justice Byrne, Justices Kelly and Smith